## UNITED STATES DISTRICT COURT
## DISTRICT OF RHODE ISLAND

| | |
|---|---|
| ARTUR ANDRADE, JULIA ANDRADE, On behalf of themselves and all others so similarly situated,<br><br>      Plaintiffs,<br><br>v.<br><br>OCWEN LOAN SERVICING, LLC, HSBC BANK USA, N.A., AS TRUSTEE FOR OPTION ONE MORTGAGE LOAN TRUST 2007-HL1,<br><br>      Defendants. | C.A. No. 1:18-cv-00385-WES-LDA |

### OBJECTION TO THE MAGISTRATE'S REPORT AND RECOMMENDATION

In accordance with 28 U.S.C. Sect. 636(b)(1)(B), Fed. R. Civ. P. 72 and, LR DRI 72(d), Defendants object to the July 31, 2019 Report and Recommendations to deny dismissal of this action. Defendants submit an accompanying memorandum of law in support of their objection.

In accordance with LR DRI 72(d)(1), Defendants requested transcript of the July 22, 2019 proceedings before Magistrate Judge Lincoln Almond as of August 8, 2019.

[SIGNATURE PAGE TO FOLLOW]

304178708V1 1010819

Respectfully submitted,

OCWEN LOAN SERVICING, LLC; and HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR OPTION ONE MORTGAGE LOAN TRUST 2007-HL1, ASSET-BACKED CERTIFICATES, SERIES 2007-HL1,

By Its Attorneys,

*/s/ Samuel C. Bodurtha*
Samuel C. Bodurtha, Bar No. 7075
HINSHAW & CULBERTSON LLP
56 Exchange Terrace
Providence, RI 02903
Telephone: (401) 751-0842
Facsimile: (401) 751-0072
sbodurtha@hinshawlaw.com

Dated:   August 14, 2019

**CERTIFICATE OF SERVICE**

I, Samuel C. Bodurtha, hereby certify that the documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as nonregistered participants on August 14, 2019.

*/s/ Samuel C. Bodurtha*
Samuel C. Bodurtha